# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 3516 | **DATE** | 5/11/2004 |
| **CASE TITLE** | Directv, Inc. vs. Randy L. Wilson et al | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   Randy L. Wilson's motion to dismiss counts III and V of the complaint is granted.  Counts III and V are dismissed with prejudice.  ENTER MEMORANDUM OPINION.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Document Number | |
| ✓ | No notices required. | number of notices | | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | JUN 02 2004 date docketed | | |
| | Docketing to mail notices. | | | 18 |
| | Mail AO 450 form. | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | | | |

AMM  |  courtroom deputy's initials

date mailed notice

Date/time received in central Clerk's Office          mailing deputy initials

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DIRECTV, INC.,                          )
                                        )
         Plaintiff,                     )
                                        )
    v.                                  )        No. 03 C 3516
                                        )
RANDY L. WILSON, et al.,                )
                                        )
         Defendants.                    )

DOCKETED

JUN 0 2 2004

### MEMORANDUM OPINION

Before the court is defendant Randy L. Wilson's motion to dismiss Counts III and V of the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  The motion is granted for the reasons explained below.

### A.    Count III (Violation of 18 U.S.C. § 2512)

Plaintiff Directv, Inc. ("Directv") filed this suit, alleging that defendants purchased and used devices designed to pirate Directv's satellite television signals.  In Count III of the complaint, Directv alleges that defendants "possessed, manufactured, and/or assembled an electronic, mechanical or other device knowing, or having a reason to know" that the device was designed primarily for intercepting satellite television broadcasts, in violation of § 2512 of the Electronic Communications Privacy Act, 18 U.S.C. § 2512.



Defendant Wilson argues that § 2512 does not provide for a private cause of action. Courts in this district are split on the issue. Compare, e.g., Directv, Inc. v. Hinton, No. 03 8477, 2004 WL 856555 (N.D. Ill. Apr. 21, 2004) (Darrah, J.) (no cause of action); Directv v. Frey, No. 03 C 3476, 2004 WL 813539 (N.D. Ill. Apr. 14, 2004) (Zagel, J.) (no cause of action); Directv, Inc. v. Hauser, No. 03 C 8396, 2004 WL 813628 (N.D. Ill. Apr. 13, 2004) (Moran, J.) (no cause of action); Directv, Inc. v. Maraffino, No. 03 C 3441, 2004 WL 170306 (N.D. Ill. Jan. 23, 2004) (Lefkow, J.) (no cause of action); Directv, Inc. v. Castillo, No. 03 C 3456, 2004 WL 783066 (N.D. Ill. Jan. 2, 2004) (St. Eve, J.) (no cause of action); Directv, Inc. v. Delaney, No. 03 C 3444, Memorandum Opinion (Nov. 20, 2003) (Kocoras, C.J.) (no cause of action); and Directv, Inc. v. Westendorf, No. 03 C 50210, 2003 WL 22139786 (N.D. Ill. Sept. 16, 2003) (Reinhard, J.) (no cause of action) with Directv, Inc. v. Dillon, No. 03 C 8578, 2004 WL 906104 (N.D. Ill. Apr. 27, 2004) (Aspen, J.) (cause of action); Directv, Inc. v. Dyrhaug, No. 03 C 8389, 2004 WL 626822 (N.D. Ill. Mar. 26, 2004) (Shadur, J.) (cause of action); and Directv, Inc. v. Gatsiolis, No. 03 C 3534, 2003 WL 22111097 (N.D. Ill. Sept. 10, 2003) (Coar, J.) (cause of action).

We agree with the majority of judges in this district that there is no private right of action under § 2512, and we adopt the analysis of Judge Lefkow in Maraffino, 2004 WL 170306, at *1-3.

Accordingly, Count III of the complaint will be dismissed with prejudice.

## B. Count V (Conversion)

Wilson contends that Count V also should be dismissed because a cause of action for conversion cannot lie for intangible satellite signals over which defendants are not alleged to have assumed full control. Courts in this district are split on this issue as well. Compare Hinton, 2004 WL 856555 (no cause of action); Frey, 2004 WL 813539 (no cause of action); Maraffino, 2004 WL 170306 (no cause of action); Castillo, 2004 WL 783066 (no cause of action); and Directv, Inc. v. Patel, No. 03 C 3442, 2003 WL 22682443 (N.D. Ill. Nov. 12, 2003) (Coar, J.) (no cause of action) with Dillon, 2004 WL 906104 (cause of action); Hauser, 2004 WL 813628 (cause of action); Dyrhaug, 2004 WL 626822 (cause of action); and Delaney (cause of action).

We believe that because Directv is not alleged to have been deprived of the continued use of its satellite signals, nor are the defendants alleged to have assumed full control of those signals, plaintiff has failed to state a claim for conversion. On this issue, we again adopt the analysis of Judge Lefkow in Maraffino, 2004 WL 170306, at *4. Accordingly, Count V of the complaint will be dismissed with prejudice.

## CONCLUSION

For the foregoing reasons, defendant Randy L. Wilson's motion to dismiss Counts III and V of the complaint is granted.  Counts III and V are dismissed with prejudice.

DATE:          May 11, 2004


ENTER:    _____

John F. Grady, United States District Judge